# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12CR416 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF PROBATION |
| | ) | |
| ANTONIO T. TORRES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 30, 2016. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a probation violation hearing was held on June 28, 2018. The defendant admitted to the following violations:

1. New Law Violation – Engaging in a Pattern of Corrupt Activity – Columbiana County Court of Common Pleas;
2. New Law Violation – Drug Abuse – Trumbull County Municipal Court;
3. New Law Violation – Drug Trafficking – Columbiana County Court of Common Pleas.

The magistrate judge filed a report and recommendation on June 28, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his probation.

A final probation violation hearing was conducted on July 20, 2018. Defendant Antonio Torres was present and represented by Attorney Joseph Gardner. The United

States was represented by Assistant United States Attorney Mark Bennett. United States Probation Officer Ben Jurevicius was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his probation.

IT IS ORDERED that the defendant's term of probation is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of eighteen (18) months, with credit for time served as appropriate.

No term of supervised release shall follow.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: July 20, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**